UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MARIO LAM,<br><br>           Plaintiff,<br><br>   v.<br><br>DIAZ, et al.,<br><br>           Defendant. | 1:25-cv-02067-SKO (PC)<br><br>ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, Plaintiff's application to proceed *in forma pauperis* was deficient and did not include Plaintiff's required original signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, **IT IS HEREBY ORDERED** that:

**Within thirty (30) days** of the date of service of this order, Plaintiff shall re-submit the enclosed application to proceed *in forma pauperis*, with Plaintiff's original signature, or in the alternative, pay the $405.00 filing fee for this action.

//

//

**WARNING: Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:   **January 2, 2026**                              /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE